IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MEET PRAJAPATI                                            PETITIONER

V.                            CIVIL ACTION NO. 5:26-cv-08-DCB-BWR

RAFAEL VERGARA                                           RESPONDENT
*Warden, Adams County*
*Correctional Center*

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 15], which recommends that Petitioner Meet Prajapati's 28 U.S.C. § 2241 Petition [ECF No. 1] and Motion for Temporary Restraining Order [ECF No. 8] be found MOOT, and that Respondent's Motion to Dismiss for Mootness [ECF No. 14] be GRANTED. The basis for the recommendation is that Petitioner Prajapati has already been released from U.S. Immigration and Customs Enforcement ("ICE") custody, and thus there is no live case or controversy as required by Article III. [ECF No. 15] at 2. The Report was entered on April 6, 2026, with objections due by April 20, 2026. No party has filed objections.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is

made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Petitioner's Petition [ECF No. 1] and Motion for Temporary Restraining Order [ECF No. 8], finds that they are moot, and further finds that Respondent's Motion to Dismiss for Mootness [ECF No. 14] should be granted, as Petitioner has been released from custody. Having considered the Report of Judge Rath, the Court adopts his findings and conclusions in full.

Accordingly,

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 15] is hereby ADOPTED and the Court finds that Petitioner's Petition [ECF No. 1] and Motion for Temporary Restraining Order [ECF No. 8] are MOOT and Respondent's Motion to Dismiss for Mootness [ECF No. 14] is GRANTED.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 22nd day of April, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2